No. 76–1129. Coco *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–1147. TURNER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1155. BERZONSKI *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–1158. KELLEY ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–1173. KLEIN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76–1181. ROSENBERG ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5581. MORROW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 76–5683. FARRIES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–5696. SHAW *v.* BRISCOE, GOVERNOR OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5739. THURMOND *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5776. PAYNE *v.* HOPPER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 76–5788. McGRATH *v.* CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 10th Cir. Certiorari denied.

No. 76–5797. MOORE *v.* RISTAINO ET AL. C. A. 1st Cir. Certiorari denied.